# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **B&D MARITIME, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 23-00333-KD-C |
| | ) |
| **MARKEL AMERICAN INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on the parties' Joint Motion to Stay. (Doc. 15). The parties report that they have reached a settlement. They jointly move the Court for a sixty (60) day stay to allow time to finalize their settlement agreement.

In general, a district court may stay an action as a means of controlling its docket and managing its cases. Ortega Trujillo v. Conover & Co. Communications, Inc., 221 F.3d 1262, 1264 (11th Cir. 2000) (citation omitted) (a district court has "broad discretion to stay proceedings as an incident to its power to control its own docket"). However, the "district court must limit properly the scope of the stay" and the stay "must not be 'immoderate.'" Id. "In exercising this discretion, district courts have considered such factors as: (1) whether the litigation is at an early stage; (2) whether a stay will unduly prejudice or tactically disadvantage the non-moving party; (3) whether a stay will simplify the issues in question and streamline the trial; and (4) whether a stay will reduce the burden of litigation on the parties and on the court." SE Property Holdings, LLC v. Saint Family Limited Partnership, 2017 WL 1628898, at *11 (S.D. Ala. 2017).

Here, the factors weigh in favor of granting the motion to stay. The joint motion to stay based on settlement indicates no undue prejudice to either party. The parties anticipate dismissal, thus relieving the parties and the Court of the burdens of litigation. In addition, this litigation is at an early stage. Although a partial motion for summary judgment has been filed, discovery does not close until March 15, 2024, motions are not due until April 15, 2024, and the pretrial conference is scheduled for September 12, 2024, with trial during the month of October 2024.

Upon consideration and for the reasons set forth herein, the motion is GRANTED. Accordingly, this action is stayed until **February 20, 2024**.  The parties are ORDERED to file a joint report on or before **February 13, 2024**, to advise the Court as to the status of this action.

Done and ordered this 21st day of December 2023.

         s/ Kristi K. DuBose  
         KRISTI K. DuBOSE  
         UNITED STATES DISTRICT JUDGE